```
 1 | ALLEN HYMAN, ESQ. (CBN: 73371)
   | Email: lawoffah@aol.com
 2 | CHRISTINE COVERDALE, ESQ. (CBN: 195635)
   | Email: ccoverdaleesq@aol.com
 3 | LAW OFFICES OF ALLEN HYMAN
   | 10737 Riverside Drive
 4 | North Hollywood, California 91602
   | (818) 763-6289 or (323) 877-3405
 5 | Fax: (818) 763-4676
 6 | Attorneys for Plaintiffs,
   | DRIVE-IN MUSIC COMPANY, AND
 7 | ORIGINAL SOUND RECORD CO.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRIVE-IN MUSIC COMPANY, a California corporation; ORIGINAL SOUND RECORD CO., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CYANIDE BREATHMINT MUSIC, an entity unknown; DUST BROTHERS MUSIC, an entity unknown; UNIVERSAL MUSIC-MGB SONGS, an entity unknown; and UNIVERSAL MUSIC CORP., a Delaware corporation,<br><br>Defendants. | CASE NO. CV11-00534 JHN (PJWx)<br><br>COMPLAINT FOR:<br><br>(1) COPYRIGHT INFRINGEMENT;<br>(2) STATE LAW UNFAIR COMPETITION;<br>(3) VIOLATION OF CALIFORNIA CIVIL CODE 980<br><br>[DEMAND FOR JURY TRIAL] |

Plaintiffs Drive-In Music Company, ("DRIVE-IN"), and Original Sound Record Co., ("OSRC"), allege as follows:

///

///

///

///

S:\Shared Data\PC7\Drive-In\v. Cyanide\COMPLAINT.011711.wpd

## I.

## FIRST CLAIM FOR RELIEF

## FOR COPYRIGHT INFRINGEMENT

### (Against All Defendants)

### Jurisdiction and Venue

1. This U.S. District Court has subject matter jurisdiction pursuant to 28 U.S.C. §1338(a), in that this is an action arising "...under any Act of Congress relating to ... copyrights." The Court has supplemental jurisdiction over the non-federal claims, pursuant to 28 U.S.C. §1338 in that the non-federal claims arise out of the same facts and circumstances as the federal claim for copyright infringement.

2. Venue is appropriate under 28 U.S.C. §1400(a) in that the defendants and/or their agents may be found within the Central District of California.

### The Parties

### Plaintiffs Drive-In Music Company and Original Sound Record Co.

3. Plaintiff DRIVE-IN is a California corporation, whose principal place of business is located at 7120 West Sunset Boulevard, Hollywood, California 90046. DRIVE-IN's business is that of a music publishing company. DRIVE-IN owns copyrights to musical compositions, and licenses and exploits the musical compositions. The musical composition at issue in this matter is entitled "Let A Woman Be A Woman, Let A Man Be A Man," as composed by Arlester Christian.

4. Plaintiff OSRC, is also a California corporation, whose principal place of business is located at 7120 West Sunset

1  Boulevard, Hollywood, California 90046. OSRC is a record company
2  that has over the years created sound recordings, which OSRC owns,
3  manufactures, sells, and distributes. During 1969, OSRC created
4  and has owned from that date, the OS-89 sound recording, "Let A
5  Woman Be A Woman, Let A Man Be A Man," as performed by "Dyke And
6  The Blazers," under contract as a recording artist to OSRC (a copy
7  of OS-89 is attached as Exhibit No. 1).

### Nature of the Claims

9  5. Plaintiffs DRIVE-IN and OSRC assert that DEFENDANTS,
10 through the creation and/or licensing of others to manufacture and
11 distribute the sound recording, and to exploit the musical
12 composition, entitled "JACK-ASS," initially on the Geffen recording
13 "BECK!ODELAY," in 1995, (copy of the CD cover attached as Exhibit
14 No. 2), (re-released in 2008), infringes the musical composition
15 copyright of DRIVE-IN's "Let A Woman, Be a Woman, Let a Man Be A
16 Man," ("LET A WOMAN"), and infringes the common law copyright of
17 OSRC's ownership in the 1969 sound recording of Arlester
18 Christian's recorded performance of "Let A Woman Be a Woman, Let A
19 Man Be A Man."

20 6. This complaint raises _identical claims_ concerning
21 the _identical musical composition and sound recording_, against
22 related defendants as those asserted to U.S. District Court Case
23 No. CV 10-5739 MMM (FMOx), _Drive-In Music Company, et al. v._
24 _Universal Music Group, et al._, filed on August 10, 2010.

### Defendants

26 6. Defendant Cyanide Breathmint Music ("CYANIDE") is an
27 entity unknown, with an address listed and identified on the ASCAP
28 website search as "C/O Universal Music-MGB Songs, 2100 Colorado

1 | Avenue, Santa Monica, CA, 90404." Plaintiffs allege that CYANIDE
2 | claims an ownership interest and/or has received income from the
3 | exploitation of the musical composition "JACK-ASS."
4 |     7. Defendant Dust Brothers Music ("DUST BROTHERS"), is
5 | an entity unknown, with an address listed and identified on the
6 | ASCAP website search as "C/O Universal Music Corporation 2100
7 | Colorado Avenue, Santa Monica, CA 90404," "Email
8 | peggy.bernhard@umusic.com." Plaintiffs assert that DUST BROTHERS
9 | claims an ownership interest and/or has received income from the
10 | exploitation of the musical composition, "JACK-ASS."
11 |     8. Defendant Universal Music-MGB Songs ("UNIVERSAL-
12 | MGB") is an entity unknown, with an address listed and identified
13 | on the ASCAP website search as "2100 Colorado Avenue, Santa Monica,
14 | California 90404," and at "15031 Collections Center Drive, Chicago,
15 | Illinois 60693." Plaintiffs assert that UNIVERSAL-MGB has acted as
16 | an agent and/or administrator for other entities and/or itself in
17 | the exploitation of the BECK!ODELAY "JACK-ASS" composition and/or
18 | claims an ownership interest and/or has received income from the
19 | exploitation of the musical composition, "JACK-ASS."
20 |     9. Plaintiffs allege that Universal Music Corporation,
21 | ("UMUG"), is a Delaware corporation, and on information and belief,
22 | is a subsidiary of Universal Music Publishing Group ("UMPG").
23 | Plaintiffs assert that both defendant UMUG and UMPG have acted as
24 | administrators for entities, and/or that UMUG and UMPG each have
25 | claimed an ownership interest and each has received income from the
26 | exploitation of the musical composition, "JACK-ASS."
27 |     7. Plaintiffs refer to defendants: (1)CYANIDE; (2) DUST
28 | BROTHERS; (3)UNIVERSAL-MGB; and (4)UMUG collectively as

1  "DEFENDANTS."

2  8.  Plaintiffs assert that the UNIVERSAL-MGB and UMUG defendants were agents for other infringing defendants.

### The Infringed Musical Composition

9.  In 1969, the composer and songwriter, Arlester Christian, composed a musical composition entitled "Let a Woman Be A Woman, (and Let A Man Be A Man)," ("LET A WOMAN").

10. The composition, LET A WOMAN, is an original work of authorship that is subject to protection under the United States Copyright Act.

11. In 1969, Arlester Christian assigned the copyright to the composition LET A WOMAN and all rights of renewal, to the plaintiff, DRIVE-IN.

12. On August 13, 1969, DRIVE-IN complied with the U.S. Copyright Act, and obtained a U.S. Copyright Registration for the musical composition, LET A WOMAN, Registration No. EP 261802. Thereafter in the name of Arlester Christian, DRIVE-IN obtained the renewal copyright registration to LET A WOMAN, RE0000929138.

13. Thereafter, upon the passing away of Arlester Christian, all heirs of Arlester Christian confirmed and assigned all rights in the renewal copyright of LET A WOMAN to DRIVE-IN.

14. From August 13, 1969 to the present, DRIVE-IN has published and/or licensed for publication, the musical composition, LET A WOMAN.

15. From August 13, 1969, to the present, plaintiff DRIVE-IN has been and remains the exclusive owner of the copyright and the renewal copyright in the musical composition, LET A WOMAN, initial Registration No. EP 261802, renewal Copyright Registration

1  RE0000929138.

2      16. LET A WOMAN is considered a classic recording in the "Funk" genre of music, and DRIVE-IN has licensed LET A WOMAN to numerous record companies, and LET A WOMAN has been extensively exploited in the United States, and throughout the world.

### The Infringing Work

    17. Plaintiffs allege that commencing sometime in 1994-1995, DEFENDANTS created a musical composition entitled "JACK-ASS," track No. 7 on the "BECK!ODELAY" record album, (Ex. No. 2), which composition, "JACK-ASS," includes elements of the actual sound recording, and musical composition of LET A WOMAN. Plaintiffs allege that DEFENDANTS have received performance income and on information and belief other income from their exploitation of the infringing musical composition, "JACK-ASS."

    18. The BECK!ODELAY recording of "JACK-ASS" was re-released in 2008 on Geffen Records, and is also available as of 2010 on MP3 downloads and from other internet download entities.

    19. The musical composition "JACK-ASS," in the record album "BECK!ODELAY," was manufactured, sold, and marketed in the United States under license by DEFENDANTS and/or their agents. DEFENDANTS, or those who represented DEFENDANTS, made copies of the recording "JACK-ASS," and sent copies of those recordings from the United States to be copied, manufactured and marketed outside of the United States.

    20. Plaintiffs allege that DEFENDANTS are contributory infringers, in that DEFENDANTS, through their infringement of the composition and sound recording of LET A WOMAN in the composition and sound recording of JACK-ASS, have provided the means by which

1  others are able to infringe the DRIVE-IN composition and the OSRC
2  sound recording of LET A WOMAN.
3       21.  Plaintiffs first had any knowledge, or suspicion or
4  were on notice to investigate the infringement of DEFENDANTS in the
5  year 2010.
6       22.  DEFENDANTS' infringing acts were willful, and
7  committed with prior knowledge of plaintiff DRIVE-IN's copyright in
8  LET A WOMAN.
9       23.  DEFENDANTS are liable to plaintiffs for willful
10 copyright infringement.  Plaintiffs are entitled to their damages
11 and/or DEFENDANTS' profits, or statutory damages.
12      24.  Plaintiffs seek injunctive relief, and impoundment
13 and destruction of DEFENDANTS' infringing products.

## II.

### SECOND CLAIM FOR RELIEF

### CALIFORNIA STATE COMMON LAW UNFAIR COMPETITION

### (Against All Defendants)

18      25.  Plaintiffs incorporate paragraphs Nos. 1 through 24
19 as if fully set forth in this paragraph.
20      26.  Plaintiff OSRC is the owner of the 1969 sound
21 recording ("1969 RECORDING") of "Let A Woman Be A Woman Let A Man
22 Be A Man," as performed by Arlester Christian (Ex. No. 1).
23      27.  The rights to exploitation of the 1969 RECORDING
24 were not pre-empted by the 1976 Copyright Act, and are protected by
25 state common law.
26      28.  DEFENDANTS, and each of them, without permission of
27 OSRC, licensed others to copy, use, and exploit the OSRC 1969
28 RECORDING.

29. Plaintiff OSRC had no knowledge and was not on notice to investigate DEFENDANTS' unlawful acts until 2010.

30. OSRC has been damaged in an amount to be proven at trial.

31. The acts of DEFENDANTS were willful and fraudulent, and OSRC is entitled to punitive damages.

## III.

### THIRD CLAIM FOR RELIEF

### Violation of California Civil Code 980

### (Against All Defendants)

32. Plaintiffs incorporate paragraphs Nos. 1 through 24 as if fully set forth in this paragraph.

33. DEFENDANTS and each of them jointly and severally have violated OSRC's rights in the 1969 MASTER as provided by California Civil Code 980.

34. Plaintiff OSRC seeks damages according to proof.

Wherefore, plaintiffs DRIVE-IN and OSRC respectfully request:

1. Judgment against DEFENDANTS, jointly and severally, for copyright infringement;

2. For damages and/or disgorgement of profits or benefit of DEFENDANTS from their exploitation of the infringing work, or for statutory damages;

3. For permanent injunctive relief;

4. For an order impounding infringing copies of "JACK-ASS;"

5. For prejudgment interest;

6. For punitive damages;

7. For attorneys fees costs of suit; and

8. For such other and further relief as the Court deems just and proper.

Respectfully submitted,

LAW OFFICES OF ALLEN HYMAN

Dated: January 17, 2011         By: _____
Allen Hyman
Attorneys for Plaintiffs,
DRIVE-IN MUSIC COMPANY, and
ORIGINAL SOUND RECORD CO.

## DEMAND FOR JURY TRIAL

Pursuant to F.R.C.P. Rule 38 and Local Rule 38-1, plaintiffs DRIVE-IN and OSRC request a trial by jury.

Respectfully submitted,

LAW OFFICES OF ALLEN HYMAN

Dated: January 17, 2011     By: _____
Allen Hyman
Attorneys for Plaintiffs,
DRIVE-IN MUSIC COMPANY, and
ORIGINAL SOUND RECORD CO.



EXHIBIT 1



EXHIBIT 2



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Jacqueline Nguyen and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

### CV11- 534 JHN (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Allen Hyman, Esq. (CBN: 73371)
E: lawoffah@aol.com
Law Offices of Allen Hyman
10737 Riverside Drive
North Hollywood, CA 91602
P: (818) 763-6289; F: (818) 763-4676

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRIVE-IN MUSIC COMPANY, a California corporation; ORIGINAL SOUND RECORD CO., a California corporation,<br><br>PLAINTIFF(S)<br>v.<br><br>CYANIDE BREATHMINT MUSIC, an entity unknown; SEE ATTACHMENT A<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV11·00534 JHN (PJWx)<br><br>SUMMONS |

TO:   DEFENDANT(S): _____

_____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Allen Hyman, Esq._____, whose address is _Law Offices of Allen Hyman, 10737 Riverside Dr., No. Hollywood, CA 91602_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __JAN 18 2011__       By: _____
                                    Deputy Clerk

                                    *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                        **SUMMONS**

## **ATTACHMENT A**

DUST BROTHERS MUSIC, an entity unknown; UNIVERSAL MUSIC-MGB SONGS, an entity unknown; and UNIVERSAL MUSIC CORP., a Delaware corporation,

       Defendants.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
DRIVE-IN MUSIC COMPANY; ORIGINAL SOUND RECORD CO.

**DEFENDANTS**
CYANIDE BREATHMINT MUSIC; DUST BROTHERS MUSIC; UNIVERSAL MUSIC-MGB SONGS; UNIVERSAL MUSIC CORP.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Allen Hyman, Esq., Law Offices of Allen Hyman
10737 Riverside Drive, North Hollywood, CA 91602
P: (818) 763-6289; F: (818) 763-4676

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT:** $ To be proven at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. 101, et seq., Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | | |
| ☐ 810 Selective Service | | | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☒ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | | | ☐ 441 Voting | | ☐ 830 Patent |
| | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: __CV11·00534__

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                CIVIL COVER SHEET               Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes
If yes, list case number(s): U.S.D.C. Case No. CV10-5739 MMM (FMOx); see Paragraph No. 6 of the Complaint

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☑ A. Arise from the same or closely related transactions, happenings, or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☑ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date January 17, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |