JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRIVE-IN MUSIC COMPANY, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CYANIDE BREATHMINT MUSIC, ET AL., <br><br> Defendants. | CASE NO. CV 11-00534-MMM(FMOx) <br><br> ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **35 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: May 11, 2011

                                                    *Margaret M. Morrow*
                                                  MARGARET M. MORROW
                                        UNITED STATES DISTRICT JUDGE